JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANBIR SINGH,<br><br>              Petitioner,<br><br>       v.<br><br>THOMAS GILES, Acting Field Office<br>Director, Immigration and Customs<br>Enforcement, et al.,<br><br>              Respondents. | Case No. EDCV 19-2245 AB (PVC)<br><br><br>**JUDGMENT** |

        Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  July 29, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE